# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THOMAS MOFFETT | § | CASE NO. 10-19010-SSM |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE STEPHEN S. MITCHELL |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Nationstar Mortgage**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 8555-N-7157
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Nationstar Mortgage

## CERTIFICATE OF SERVICE

       I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 3, 2010:

**Debtors' Attorney**
David C. Jones Jr.
David C. Jones, Jr., P.c.
10617 Jones Street, Ste 301-A
Fairfax, VA 22030

**Chapter 13 Trustee**
Thomas P. Gorman
300 N. Washington St., Ste. 400
Alexandria, Virginia 22314

**U.S. Trustee**
Office of the US Trustee
115 S. Union Street, Suite 210
Alexandria, Virginia 22314

                                                /s/ Hilary B. Bonial

                                                Hilary B. Bonial

8555-N-7157
noaelect